UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY D. HILL,<br><br>               Plaintiff,<br>     v.<br><br>CITY OF DES MOINES, et al.,<br><br>              Defendants. | CASE NO. C17-0087JLR<br><br>ORDER |

On March 23, 2017, the court dismissed *pro se* Plaintiff Anthony D. Hill's first amended complaint without prejudice and granted him until April 12, 2017, to amend his complaint. (3/23/17 Order (Dkt. # 26).) The court found that Mr. Hill's factual allegations failed to state a claim for violation of his constitutional rights. (*Id.* at 6-8 (concluding that even after liberally construing Mr. Hill's amended complaint, Mr. Hill failed to state a claim for false arrest or deliberate indifference).) Despite these deficiencies and in light of Mr. Hill's *pro se* status, the court granted Mr. Hill until April

12, 2017, to amend his complaint. (*Id.* at 10.) The court cautioned Mr. Hill that his failure to timely amend the complaint or remedy the deficiencies identified in the court's order would result in dismissal without leave to amend. (*Id.* at 9.)

Mr. Hill's deadline to file a second amended complaint passed on April 12, 2017, and he has filed nothing further in this matter. (*See* Dkt.) Accordingly, the court DISMISSES this case WITH PREJUDICE.

Dated this 13th day of April, 2017.

JAMES L. ROBART
United States District Judge